IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-31255
Summary Calendar
_____

CORNELL BOYKIN,

                                        Plaintiff-Appellant,

versus

SHERIFF'S DEPARTMENT CADDO
PARISH; WALRAVEN, Sergeant;
MARK GAY; B. BROWN, R.N.,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 95-CV-732
- - - - - - - - - -
August 21, 1998

Before JOLLY, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

     Cornell Boykin, Louisiana state prisoner #117301, appeals
from the district court's grant of the defendants' motions for
summary judgment and to dismiss in his civil rights proceeding.
Boykin argues that defendant Gay subjected him to cruel and
unusual punishment and acted with deliberate indifference to his
medical needs by refusing to provide him with his medication on
one occasion and subjected him to an excessive use of force when
he allegedly threw Boykin to the floor and dragged him.  We have
reviewed the record and find no reversible error.  Accordingly,

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

the judgment of the district court is AFFIRMED.